# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXECUTIVE INFORMATION SERVICES & INVESTMENT GROUP, LLC,<br><br>                                    Plaintiff,<br><br>     vs.<br><br>AMERICAN RELIEF AND DEVELOPMENT FOUNDATION, et al.,<br><br>                                    Defendant. | CASE NO. 07cv884-LAB (WMc)<br><br>ORDER REGARDING DEFENDANTS FAILURE TO COMPLY WITH COURT ORDER |

    An Early Neutral Evaluation Conference ("ENE") was held in the above captioned matter on August 22, 2007. Appearing at the conference were Raymond Lee, Esq.(counsel for plaintiff), Larry Gonzalez,(plaintiff's representative), and Todd Miller, (plaintiff's representative). No one appeared at the ENE on behalf of Defendants.

    This Court's Order dated July 30, 2007 stated: "an Early Neutral Evaluation of your case will be held on August 22, 2007, at 2:30 p.m. in the chambers of Magistrate Judge William McCurine, Jr." The Court notes that the Order setting the ENE was not served on Defendants because they have not provided the Court with any contact information. Defendants' Answer filed July 18, 2007, lacks any contact information for Defendants. (Docket Nos. 12 and 14.) Moreover, a review of the docket shows Defendants failed to comply with District Judge Burns' order requiring Defendants to serve plaintiff with their Answer and file a proof of service. (Docket No. 15.)

Therefore, this Court's oral representation to Plaintiffs' counsel at the ENE that sanctions against Defendants would be entertained, the Court finds that sanctions are not appropriate at this time.

**IT IS SO ORDERED.**

**DATED: October 10, 2007**

_____
**Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court**

cc: Honorable Larry Burns
U. S. District Court

All Counsel and Parties of Record