# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXECUTIVE INFORMATION SERVICES & INVESTMENT GROUP, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br>vs.<br><br>AMERICAN RELIEF AND DEVELOPMENT FOUNDATION, an Utah corporation; PAUL NORTHCOTT, an individual;. JUDITH NORTHCOTT, an individual; and DOES 1 through 50 inclusive,<br><br>Defendants. | CASE NO. 07cv0884-LAB (WMc)<br><br>**ORDER *SUA SPONTE* DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AND GRANTING MOTION TO STRIKE ANSWERS, WITH LEAVE TO AMEND**<br><br>[Dkt No. 18] |

It has come to the court's attention the docket in this matter reflects no contact information for the named defendants, who have filed defective Answers to the Complaint, appearing *pro se*. Plaintiff has filed a Motion To Strike The Answers as a sanction for failure to appear at the Early Neutral Evaluation Conference ("ENE") and also moves for Entry Of Default Judgment predicated on defendants' technically defective pleadings, failure to appear at the ENE, failure to serve their Answers, and failure to file proofs of services as this court directed, as well as correctly arguing a corporation must appear through an attorney. The Motion is **GRANTED IN PART** and **DENIED IN PART**.

By Order entered October 10, 2007, the Magistrate Judge assigned to this case withdrew an oral representation made at the ENE suggesting he would entertain a motion for sanctions against defendants for failure to appear at the ENE, on grounds of a likelihood

defendants never received notice of the ENE. For the same reasons as notice of the ENE was likely not conveyed to defendants, they likely did not receive notice of the court's order with respect to defects in their Answers. In these circumstances, the requested entry of default judgment or other court action as a sanction is inappropriate. However, the Answers accepted for filing via Discrepancy Orders with instructions regarding service are ordered stricken, but without prejudice.

Plaintiff's Proofs of Service in this case indicate it has contact information for the named defendants. Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff shall forthwith serve a copy of this Order on each named defendant as well as a copy of the docket in this action.

2. Plaintiff's Motion To Strike defendants' defective Answers (Docket Nos. 12, 14, and 16) is **GRANTED**, without prejudice.

3. Within twenty (20) days of the date of service of this Order, defendants and each of them shall file an Amended Answer in compliance with the Federal Rules of Civil Procedure and the Civil Local Rules of this district, in particular but not limited to providing the required contact information for communications from the court, causing the corporate defendant to appear through an attorney licensed to practice in this district, effectuating proper service of the Amended Answers on Plaintiff, and following the pleading caption, formatting, and other technical rules of court identified in plaintiff's Motion.

4. Plaintiff's Motion For Default Judgment is **DENIED**.

5. The hearing of the Motion is rendered moot by this Order, and the hearing date is accordingly vacated.

**IT IS SO ORDERED**.

DATED: October 15, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge